```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MEAGHAN ELIZABETH HANSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3159 |
| | ) | |
| v. | ) | |
| | ) | |
| LINDA DOHMEN, individually and in her official capacity, and JANE DOE, One through Ten, individually and in their official capacities, | ) ) ) ) ) ) | ORDER TO SHOW CAUSE |
| | ) | |
| Defendants. | ) ) | |

This case was filed June 18, 2007 and the file reflects no service of process on the defendants.

IT THEREFORE HEREBY IS ORDERED,

Plaintiff shall show cause within 21 days, if any there be, why this matter should not be dismissed for failure to serve pursuant to Fed. R. Civ. P. 4(m) or for failure to prosecute pursuant to NECivR 41.

DATED this 26th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge