IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEAGHAN ELIZABETH HANSEN, | ) |
| | ) |
| Plaintiff, | )    4:07CV3159 |
| | ) |
| v. | ) |
| | ) |
| LINDA DOHMEN, individually | )    MEMORANDUM AND ORDER |
| and in her official capacity, | ) |
| and JANE DOE, One through | ) |
| Ten, individually and in | ) |
| their official capacities, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The plaintiff has shown cause that this matter should not be dismissed.

IT THEREFORE HEREBY IS ORDERED:

1. The show cause order, filing 6, is withdrawn.

2. The clerk shall issue summons to plaintiff's counsel for service on the defendants.

3. Plaintiff is given sixty (60) days to obtain service of process on defendants.

DATED this 14th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge