IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MEAGHAN ELIZABETH HANSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3159 |
| | ) | |
| V. | ) | |
| | ) | |
| LINDA DOHMEN, individually and in her official capacity, and JANE DOES 1-10, individually and in their official capacities, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

The Plaintiff's unopposed motion for extension of time, filing 17, is granted. The plaintiff's response to the defendants' motion to dismiss shall be filed on or before April 11, 2008.

DATED this 31st day of March, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge