IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MEAGHAN ELIZABETH HANSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3159 |
| | ) | |
| v. | ) | |
| | ) | |
| LINDA DOHMEN, individually and JANE DOE, One through Ten, individually, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED:

The parties are given until August 8, 2008 to meet and confer and file their Rule 26(f) report of parties' planning conference.

DATED this 8th day of July, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge