```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

MEAGHAN ELIZABETH HANSEN,         )
                                  )
                Plaintiff,        )        4:07CV3159
                                  )
      v.                          )
                                  )
LINDA DOHMEN, individually        )        ORDER
and in her official capacity;     )
and JANE DOE, One through         )
Ten, individually and in          )
their official capacities,        )
                                  )
                Defendants.       )
                                  )
```

IT IS ORDERED:

Plaintiff's unopposed motion to substitute plaintiff, filing 23, is granted and "Rita McClure as Next Friend to Meaghan Hansen" is hereby substituted as plaintiff.

DATED this 13th day of August, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge