```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RITA MCCLURE, as Next Friend to Meaghan Hansen, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3159 |
| v. | ) ) | |
| LINDA DOHMEN, individually and in her official capacity, and JANE DOE, One through Ten, individually and in their official capacities, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court *sua sponte*. On July 8, 2008 the court granted the parties until August 8, 2008 to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting (filing no. 22). No such report has been received by the court.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before October 20, 2008, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 6th day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge