IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RITA MCCLURE, as Next Friend to Meaghan Hansen, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3159 |
| v. | ) ) ) | |
| LINDA DOHMEN, individually and in her official capacity, and JANE DOES 1-10, individually and in their official capacities, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

The joint oral motion of the parties is granted and the Rule 16 telephone planning conference is continued from December 30 to January 14, 2009 at 9:00 a.m.  Plaintiff's counsel shall initiate the call.

DATED this 3rd day of November, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge