IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RITA MCCLURE, as Next Friend to Meaghan Hansen, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3159 |
| v. | ) ) | |
| LINDA DOHMEN, individually and in her official capacity, and JANE DOE, One through Ten, individually and in their official capacities, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

On the court's own motion,

IT IS ORDERED:

The pretrial conference is rescheduled from April 30, 2009 to May 1, 2009 at 9:00 a.m. in the chambers of the undersigned, 566 Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 5th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge