```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RITA MCCLURE, as Next Friend to Meaghan Hansen, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3159 |
| v. | ) ) | |
| LINDA DOHMEN, in her individual capacity, | ) ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |

Pursuant to the parties' notice that this case is settled, the court issued an order on May 5, 2009 which gave the parties thirty days to file a joint stipulation for dismissal or other dispositive stipulation for entry of a final judgment in this case. Filing No. 49. Thirty days have passed, but the parties have failed to comply with the court's order, and have failed to explain why they have not and/or cannot file dismissal documents.

IT THEREFORE HEREBY IS ORDERED:

a. On or before 1:00 p.m. on June 12, 2009, the parties shall either file their joint dismissal documents as required under the court's prior order, (filing no. 49), or show cause why such documents have not been filed. Any show cause documents filed by the parties shall explain not only why dismissal documents were not timely filed and cannot be filed at this time, but also why the parties failed to promptly advise the court of any problems purportedly justifying their delay in the absence of a court order demanding such an explanation.

b. In the absence of a timely response to this order, this case will be dismissed without further notice.

DATED this 8th day of June, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge