IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RITA MCCLURE, as Next Friend to Meaghan Hansen, | ) ) ) | |
| Plaintiff, | ) ) | 4:07CV3159 |
| v. | ) ) ) | |
| LINDA DOHMEN, individually and in her official capacity, | ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The joint stipulation for dismissal, filing no. 51, is approved and this matter is dismissed with prejudice, each party to pay their own costs.

DATED this 9th day of June, 2009.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge